## Commonwealth *v.* Barron, Appellant.

Argued November 13, 1969. *Caram J. Abood*, with him *Green, Gibson & Abood*, for appellant; *Alexander Ogle*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.